UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUIDER PROPERTIES, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-3980 |
| MOHAMMAD A. HASHMI and ALL OCCUPANTS of condo unit at 7714 Renwick Apt, 116, Houston, TX 77081, | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Motion to Reinstate (Doc. No. 13). For the reasons set forth in this Court's Memorandum and Order of June 25, 2007 (Doc. No. 11), Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 30th day of July, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT